UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,

  v.                                                NO. CIV. S-04-1339 LKK CMK

PIER 1 IMPORTS, et al.,

    Defendants.
_____/

NOTICE (LOCAL RULE 78-230)

    A hearing in this case is presently scheduled for July 18, 2005, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to the plaintiff's motion for partial summary judgment filed herein.  Due to congestion on the court's calendar, the motion will be continued until the next available law and motion calendar. Accordingly, the hearing on the motion presently before the court is CONTINUED to August 1, 2005, where it will be called

////

////

////

1

1  on the court's regularly scheduled Law and Motion Calendar,
2  beginning at 10:00 a.m.
3      IT IS SO ORDERED.
4      DATED: July 13, 2005
5                                  /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
6                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT