Kim R. Blackseth, Interests, Inc
310 17th St
Oakland, CA
94612

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 08/08/05 | 2645 |

**BILL TO**

Chelsea Munday
Akin Gump
2029 Century Park East, 2400
Lo Angeles, CA 90067

| Project |
|---|
| Chapman v Pier One |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| consulting | Travel to Vacaville | 1 | 195.00 | 07/29/05 | 195.00 |
| consulting | Survey site | 0.8 | 195.00 | 07/29/05 | 156.00 |
| consulting | Return travel | 1 | 195.00 | 07/29/05 | 195.00 |
| consulting | Research and write report | 4.25 | 195.00 | 08/08/05 | 828.75 |

**Total** $1,374.75

EXHIBIT C