TRAINOR ROBERTSON
DANIEL M. STEINBERG (SBN 194948)
701 University Avenue, Suite 200
Sacramento, California 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
nam:0684022.341185.1

Attorneys for Defendants
R/M VACAVILLE LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>          Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS (U.S.), INC. dba PIER 1 IMPORTS #1132; R/M VACAVILLE LTD; and DOES 1 through 10,<br><br>          Defendant. | Case No. CIV.S-04-1339 LKK DAD<br><br>**STIPULATION AND ORDER**<br><br>Date of Filing: July 13, 2004 |

The parties hereto stipulate that as a result of the settlement agreement entered into between Plaintiff BRYON CHAPMAN and Defendant R/M VACAVILLE LTD, the Plaintiff is dismissing with prejudice all claims related to or associated with the common areas and the exterior of the building located on Harbison Drive, Vacaville, California. It is further understood and agreed that the outstanding litigation between Plaintiff and Defendant PIER 1 IMPORTS shall be limited to the interior of the PIER 1 IMPORTS business located on Harbison Drive,

////
////
////
////

**STIPULATION AND [PROPOSED] ORDER**
(No. CIV.S-04-1339 LKK DAD)

-1-

1 Vacaville, California, and that PIER 1 IMPORTS shall not file any actions or cross-actions
2 against R/M VACAVILLE LTD related to or associated with this matter.
3    IT IS SO STIPULATED.
4 Dated: June 21, 2005					LAW OFFICES OF LYNN HUBBARD

6					By: _/s/ Lynn Hubbard, III_____
7					    LYNN HUBBARD, III
					    Attorneys for Plaintiff
					    BYRON CHAPMAN

9 Dated: June 21, 2005.					TRAINOR ROBERTSON

11					By: _/s/   Daniel M. Steinberg_____
12					    DANIEL M. STEINBERG
					    Attorneys for Defendant
					    R/M VACAVILLE LTD

14    IT IS SO ORDERED.

15 Dated: September 13, 2005

					_/s/Lawrence K. Karlton_
17					Lawrence K. Karlton
					Senior Judge

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111