AKIN GUMP STRAUSS HAUER & FELD LLP
CHRISTINE A. SAMSEL (CA SBN 150868)
HEATHER BURROR (CA SBN 205803)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

AKIN GUMP STRAUSS HAUER & FELD LLP
ROLAND M. JUAREZ (CA SBN 160793)
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4675
Telephone: 214-969-2800
Facsimile: 214-969-4343

Attorneys for Defendant
PIER 1 IMPORTS (U.S.), INC.

FILED
OCT 21 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BYRON CHAPMAN, Plaintiffs, v. PIER 1 IMPORTS (U.S.) INC. dba PIER 1 IMPORTS #1132; R/M VACAVILLE LTD.; and DOES 1 through 10,, Defendants. | Case No. CIV.S.04-1339 LKK DAD<br>**STIPULATION AND [PROPOSED] ORDER**<br>Complaint Filed: July 13, 2004<br>Honorable Lawrence K. Karlton |

**WHEREAS**, Plaintiff Byron Chapman ("Plaintiff") and Defendant R/M Vacaville LTD. ("R/M Vacaville") entered into a stipulation on September 12, 2005 ("Stipulation") dismissing with prejudice all claims related to or associated with the common areas and the exterior of the building located on Harbison Drive, Vacaville, California and limiting the outstanding litigation between Plaintiff and Defendant Pier 1 Imports (U.S.), Inc. ("Pier 1") to the interior of the Pier 1 store located on Harbison Drive in Vacaville, California;

TRAINOR ROBERTSON Fax:916-929-7111 Oct 17 2005 01:02pm P003/003
Received: Oct 13 2005 08:39am
OCT-13-2005 08:35 FROM:LAW OFFICE L HUBBARD 530 894 8244 TO:916 929 7111 P.3/3

WHEREAS, this Court entered an order in accordance with the Stipulation on September 13, 2005 (the "Order"); and

WHEREAS, the Stipulation and the Order inadvertently included language stating that Pier 1 would not file any actions or cross actions related to or associated with this matter against R/M Vacaville, although Pier 1 was not a party to the stipulation and did not agree to this term.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff, R/M Vacaville and Pier 1 that the phrase "and that PIER 1 IMPORTS shall not file any actions or cross-actions against R/M Vacaville LTD related to or associated with this matter" shall be stricken from the Stipulation and the Court's order, and that Pier 1 expressly reserves its right to file an action or cross-action against R/M Vacaville related to or in connection with the above-captioned matter.

IT IS SO STIPULATED.

Dated: September 13, 2005

LAW OFFICES OF LYNN HUBBARD

By: ______________________
Lynn Hubbard

Attorneys for Plaintiff
BYRON CHAPMAN

Dated: September __, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

By ______________________
Heather Borrow

Attorneys for Defendant
PIER 1 IMPORTS (U.S.), INC.

Dated: ~~September~~ Oct 14, 2005

TRAINOR ROBERTSON

By ______________________
Daniel Steinberg

Attorneys for Defendant
R/M VACAVILLE LTD.

**WHEREAS**, this Court entered an order in accordance with the Stipulation on September 13, 2005 (the "Order"); and

**WHEREAS**, the Stipulation and the Order inadvertently included language stating that Pier 1 would not file any actions or cross actions related to or associated with this matter against R/M Vacaville, although Pier 1 was not a party to the stipulation and did not agree to this term.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff, R/M Vacaville and Pier 1 that the phrase "and that PIER 1 IMPORTS shall not file any actions or cross-actions against R/M Vacaville LTD related to or associated with this matter" shall be stricken from the Stipulation and the Court's order, and that Pier 1 expressly reserves its right to file an action or cross-action against R/M Vacaville related to or in connection with the above-captioned matter.

**IT IS SO STIPULATED.**

Dated: September __, 2005

LAW OFFICES OF LYNN HUBBARD

By: ______________________
Lynn Hubbard

Attorneys for Plaintiff
BYRON CHAPMAN

Dated: ~~September~~ October 17, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

By [signature]
Heather Burror

Attorneys for Defendant
PIER 1 IMPORTS (U.S.), INC.

Dated: September __, 2005

TRAINOR ROBERTSON

By ______________________
Daniel Steinberg

Attorneys for Defendant
R/M VACAVILLE LTD.

**IT IS SO ORDERED.**

Dated: 10/19/05

Judge of the United States District Court