1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

BYRON CHAPMAN,

11
          Plaintiff,

12
     v.                                  NO. CIV. S-04-1339 LKK CMK

13
PIER 1 IMPORTS, et al.,

14
          Defendants.

15  _____/

16

     In light of plaintiff's cross-motion for summary judgment

17
filed concurrently with their opposition brief, and in order to

18
give defendants sufficient time to prepare their opposition,

19
the hearing on the cross-motions is CONTINUED to January 17, 2006

20
at 10:00 a.m. in Courtroom No. 4.  Defendants' opposition to the

21
cross-motion for summary judgment and their reply in support of

22
their original motion shall be FILED by December 23, 2005.

23
     IT IS SO ORDERED.

24
     DATED: December 2, 2005

25
                         /s/Lawrence K. Karlton
26                       LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT