1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   BYRON CHAPMAN,
                                          NO. CIV. S-04-1339 LKK/DAD
12            Plaintiff,

13       v.
                                               O R D E R
14   PIER 1 IMPORTS, INC., et al

15            Defendants.
     _____/
16

17       The court is in receipt of the parties' joint request to

18   continue the trial date in the above captioned case.  Accordingly,

19   the court orders as follows:

20       1.   The trial date currently set for February 27, 2007 is

21            hereby CONTINUED to April 17, 2007.

22       IT IS SO ORDERED.

23       DATED:  February 9, 2007.

24

25                              _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
26                              UNITED STATES DISTRICT COURT

                                   1