UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

          NO. CIV. S-04-1339 LKK/DAD

    Plaintiff,

  v.

          O R D E R

PIER 1 IMPORTS, INC., et al

    Defendants.
                                 /

    The court is in receipt of the parties' joint request to continue the trial date in the above captioned case. The parties represent to the court that they are in the process of settlement. Accordingly, the court orders as follows:

    1.   The trial date currently set for April 17, 2007 is hereby CONTINUED to June 26, 2007 at 10:30 a.m.

    IT IS SO ORDERED.

    DATED: April 2, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT