UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

        Plaintiff,

   v.

PIER ONE IMPORTS (U.S.),
INC. dba PIER ONE IMPORTS
#1132, et al,

        Defendant.
_____/

NO. Civ.S-04-1339 LKK/DAD

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Case Resolution in the above-captioned case. The court now orders that the dispositional documents be filed no later than July 1, 2007.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

////

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4     IT IS SO ORDERED.
5     DATED: June 12, 2007.

                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2