**AKIN GUMP STRAUSS HAUER & FELD LLP**
Christine A. Samsel (CA SBN 150868)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Roland M. Juarez (CA SBN 160793)
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4675
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Attorneys for Defendant
PIER 1 IMPORTS (U.S.), INC.

**DISABLED ADVOCACY GROUP, APLC**
Lynn Hubbard, III, SBN 69773
Scottlynn J. Hubbard, IV, SBN 212970
12 Williamsburg Lane
Chico, CA. 95926
(530) 895-3252

Attorneys for Plaintiff
BYRON CHAPMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PIER 1 IMPORTS (U.S.), INC.; dba PIER 1 IMPORTS #1132; R/M VACAVILLE LTD; and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No. CIV.S-04-1339 LKK DAD<br><br>FINAL JUDGMENT<br><br>Date: June 26, 2007<br>Time: 10:30 a.m.<br>Location: Courtroom 4, 15th Floor<br><br>Hon. Lawrence K. Karlton |

Chapman v. Pier 1 Imports (U.S.), Inc., Case No. CIV.S-04-1339 LKK DAD

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Byron Chapman together with Defendant Pier 1 Imports (U.S.), Inc. ("Pier 1"), by and through their authorized representatives, have entered into a Stipulation for Entry of Final Judgment, consenting to this entry of this Final Judgment, and preserving Pier 1's right to appeal the Court's rulings in this matter and this Final Judgment. Therefore, the Court hereby ORDERS, ADJUDGES and DECREES that:

Based upon the totality of Court's findings in its MSJ Order, Pier 1 is to remove the following barriers found by the Court in the MSJ Order within one hundred and twenty days:

- Post the International Symbol of Accessibility on the Store's entrance door at 60 inches above the floor (Court's MSJ Order at p. 21);
- Remove a waste receptacle from the clear floor space in the men's restroom (Court's MSJ Order at p. 25);
- Ensure the service counter is between 28 and 34 inches from the floor (Court's MSJ Order at pp. 26-27);
- Ensure the bottom edge of the men's restroom mirror is no higher than 40 inches from the floor (Court's MSJ Order at pp. 26-27);
- Ensure that the aisle in the Store measuring 27 ¼ inches wide is modified to be 36 inches wide (Court's MSJ Order at p. 29).

Based upon the Court's findings in its MSJ Order, Pier 1 will make the following modification within ninety days after Pier 1's appeal in this matter has been exhausted, or within one hundred and twenty days, if Pier 1 does not file an appeal in this matter:

- Provide a drinking fountain stream that is at least 4 inches high (Court's MSJ Order at p. 30).

Under the California Disabled Persons Act, a party is entitled to statutory damages upon a showing that he is an individual with a disability and that the public accommodation has architectural barriers in violation of the ADA. Cal. Civ. Code § 54.1(d). Because the Court previously found in its MSJ Order that barriers existed at Defendant's facility in violation of the ADA, it is inevitable that the Court will find a violation of the Disabled Persons Act. Thus, based upon the totality of the Court's rulings, the parties stipulate that Plaintiff is entitled to $8,000 in statutory damages under Civil Code § 54.3, based upon Plaintiff's visits to the facility on May 22, 2004, and June 4, 2004.

PDF created with pdfFactory trial version www.pdffactory.com

The Court shall retain jurisdiction over this matter for purposes of enforcing this Final Judgment.

All other matters not otherwise addressed by this Final Judgment or the parties' Joint Stipulation for Entry of Final Judgment, filed concurrently herewith, are dismissed with prejudice.

Dated: June 22, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com