UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

        Plaintiff,

   v.

PIER 1 IMPORTS, INC., et al

        Defendants.

                         NO. CIV. S-04-1339 LKK/DAD

O R D E R

The hearing on the motion for attorneys' fees currently set for August 27, 2007 is hereby VACATED. The court shall resolve the matter upon the parties' papers, without oral argument.

IT IS SO ORDERED.

DATED: August 23, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1