UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

        NO. CIV. S-04-1339 LKK CMK

    Plaintiff,

        O R D E R

  v.

PIER 1 IMPORTS, et al.,

    Defendants.

/

On March 18, 2011, this court ordered counsel for plaintiff to show cause why sanctions should not issue for counsel's failure to attach a proposed amended complaint to plaintiff's motion to file an amended complaint. Counsel has filed a response. Good cause having been shown, the court finds that no sanction is appropriate.

    IT IS SO ORDERED.

    DATED: April 4, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT