LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DANIEL WATTS, SBN 277861
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252

Attorneys for Plaintiff Byron Chapman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PIER 1 IMPORTS (U.S.), INC.<br><br>    Defendants. | Case No. cv.S 04-1339 LKK-DAD<br><br>**Order granting Plaintiff's Request for Continuance.**<br><br>Date:   March 12, 2012<br>Time:   10:00 a.m.<br>Room:   4, 15th floor<br><br>Hon. Lawrence K. Karlton |

*Chapman v. Pier 1*, Case No. **CIV.S 04-1339 LKK DAD**
**Proposed Order Granting Plaintiff's Request for Continuance.**

Page 1

1  Good cause having been shown, in the interest of judicial economy, the hearing on Defendant's Motion for Summary Judgment scheduled for February 27, 2012 is hereby continued to March 12, 2012 at 10:00 A.M.. Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment shall be heard concurrently.

Dated:  February 16, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Feb. 10, 2012                    */s/ Lynn Hubbard III*
                                 Lynn Hubbard III, Esq.
                                 DISABLED ADVOCACY GROUP, APLC