1  Lynn Hubbard III SBN 69773
   Scottlynn J Hubbard IV, SBN 212970
2  Khushpreet R. Mehton, SBN 276827
   **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
5
   Attorneys for Plaintiff Byron Chapman
6
7  Roland Juarez, SBN 160793
   Christiane A. Roussell, SBN 249847
8  **Hunton & Williams LLP**
   550 South Hope Street, Suite 2000
9  Los Angeles, CA 90071-2627
   Telephone: (213) 532-2000
10 Facsimile: (213) 532-2020

11 Attorneys for Defendant Pier 1 Imports (U.S.)
   Inc. dba Pier 1 Imports #1132
12

13                 United States District Court

14              For The Eastern District of California

15

16 Byron Chapman                    )  No. 2:04-cv-01339-LKK-DAD
                                    )
17       Plaintiff,                 )  **Joint Stipulation to Amend the**
                                    )  **Scheduling Order to Continue the**
18                                  )  **Final Pretrial Conference, Pretrial**
                                    )  **Statement, and All Accompanying**
19       vs.                        )  **Upcoming Pretrial Deadlines; and**
                                    )  **Order**
20 Pier 1 Imports (U.S.), Inc.;     )
   *et al.*,                        )
21                                  )
                                    )
22       Defendants.                )
                                    )
23 _____ )

24

25      Plaintiff Byron Chapman ("Chapman") and Defendant Pier 1 Imports

26 (U.S.) Inc., dba Pier 1 Imports #1132 ("Pier 1") (collectively "the Parties")

27 enter into the following stipulation:

28

*Chapman v. Pier 1 Imports US; et al.*,                Case No. 2:04-cv-01339-LKK-DAD
Joint Stipulation to Amend the Scheduling Order to Continue the Final Pretrial Conference, Pretrial
Statement, and All Accompanying Deadlines; [Proposed] Order

- 1 -

1    **WHEREAS,** on July 18, 2011, the Status (Pretrial Scheduling) Order set
2    the jury trial for September 11, 2012, at 10:30 a.m.. (*See* Docket No. 166).

3    **WHEREAS**, the Status (Pretrial Scheduling) Order set the Final Pretrial
4    Conference for June 11, 2012, at 2:00 p.m. (*See* Docket No. 166).

5    **WHEREAS**, the Status (Pretrial Scheduling) Order required that the
6    parties confer and file, Separate Pretrial Statement with a Joint Statement in
7    regards to the undisputed facts and disputed factual issues which remain in this
8    case, no later than May 28, 2012. (*See* Docket No. 166).

9    **WHEREAS,** Defendant Pier 1 filed its motion for summary judgment
10   on January 30, 2012. (*See* Docket No. 181).

11   **WHEREAS**, Plaintiff filed his own motion for summary judgment
12   February 10, 2012. (*See* Docket No. 186).

13   **WHEREAS**, oral argument for Plaintiff's and Defendant's respective
14   motions for summary judgment was heard by the Court on March 12, 2012.
15   (*See* Docket No. 204)

16   **WHEREAS**, following oral argument for Plaintiff's and Defendant's
17   respective motions for summary judgment, the Court's Minute Order from
18   March 12, 2012 reflects that the matters have been taken under submission
19   to the Court, with an Order to follow. (*See* Docket No. 204).

20   **WHEREAS,** Plaintiff and Defendant currently have pending motions
21   for summary judgment and the Parties believe that it would be a waste of the
22   Parties' and Court's time and resources to engage in pretrial preparation
23   when the case may be resolved by the pending dispositive motions. (*See*
24   Docket Nos. 181, 186, & 204).

25
26
27
28

*Chapman v. Pier 1 Imports US; et al.,*                    Case No. 2:04-cv-01339-LKK-DAD
Joint Stipulation to Amend the Scheduling Order to Continue the Final Pretrial Conference, Pretrial
Statement, and All Accompanying Deadlines; [Proposed] Order
- 2 -

1   **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by

2   and among the Parties hereto that the final pretrial conference, pretrial

3   statement, and all other upcoming pretrial deadlines, including, but not

4   limited to the deadline to file Pretrial Statements, Joint Statement of

5   Undisputed Facts, and Disputed Factual Issues, be continued for at least

6   sixty (60) days, or until a date more convenient to the Court.

7

8   Dated: May 21, 2012          DISABLED ADVOCACY GROUP, APLC

9                                */s/    Lynn Hubbard III               /*
                                 Lynn Hubbard III, Esq.
10                               Attorney for Plaintiff, Byron Chapman

11

12

13  Dated: May 21, 2012          HUNTON & WILLIAMS LLP
                                 */s/    Roland Juarez                  /*
14                               Roland Juarez, Esq.
15                               Attorney for Defendant Pier 1 Imports
                                 (U.S.) Inc. dba Pier 1 Imports # 1132
16

17

18

19

20

21

22

23

24

25

26

27

28

*Chapman v. Pier 1 Imports US; et al.,*          Case No. 2:04-cv-01339-LKK-DAD
Joint Stipulation to Amend the Scheduling Order to Continue the Final Pretrial Conference, Pretrial
Statement, and All Accompanying Deadlines; [Proposed] Order

- 3 -

1

**<u>Order</u>**

2       IT IS HEREBY ORDERED that Plaintiff Byron Chapman's

3   ("Chapman"), and Defendant Pier 1 Imports (U.S.), Inc. dba Pier 1 Imports

4   #1132 ("Pier 1") (collectively "the Parties") Joint Stipulation to Amend the

5   Scheduling Order to Continue the Final Pretrial Conference, Pretrial

6   Statement, and all Accompanying Upcoming Pretrial Deadlines be

7   GRANTED.

8       Accordingly, the Status (Pretrial Scheduling) Conference Order, Dkt.

9   No. 166 ("PTO"), is hereby **AMENDED** as follows:

10      1.   The final Pretrial Conference is **SET** for September 4, 2012 at

11  1:30 p.m.  The previously set date of June 11, 2012 is **VACATED.**

12      2.   Any party may rely on its Pretrial Statement (if any), filed in

13  reliance on the PTO (<u>e.g.</u>, Defendant's Pretrial Statement, Dkt. No. 208), **or**

14  it must file an entirely new Pretrial Statement in accordance with the local

15  rules and the PTO.

16      3.   Trial is **SET** for December 4, 2012 at 10:30 a.m.  The previously

17  set date of September 12, 2012 is **VACATED.**

18  IT IS SO ORDERED.

19  Dated: June 6, 2012

20

21

22                    _____

23                    LAWRENCE K. KARLTON
                      SENIOR JUDGE
24                    UNITED STATES DISTRICT COURT

25

26

27

28

---

*Chapman v. Pier 1 Imports US; et al.,*                Case No. 2:04-cv-01339-LKK-DAD
Joint Stipulation to Amend the Scheduling Order to Continue the Final Pretrial Conference, Pretrial
Statement, and All Accompanying Deadlines; [Proposed] Order

- 4 -