1    SEYFARTH SHAW LLP
     Kristina M. Launey (SBN 221335)
2    klauney@seyfarth.com
     400 Capitol Mall, Suite 2350
3    Sacramento, CA  95814-4428
     Telephone:     (916) 448-0159
4    Facsimile:     (916) 558-4839

5    Eden Anderson (SBN 233464)
     eanderson@seyfarth.com
6    560 Mission Street, 31st Floor
     San Francisco, California  94105
7    Telephone:     (415) 397-2823
     Facsimile:     (415) 397-8549
8
     Minh N. Vu (*Pro Hac Vice* pending)
9    mvu@seyfarth.com
     975 F Street, N.W.
10   Washington D.C. 20004
     Telephone: (202) 463-2400
11   Facsimile: (202) 828-5393

12   Attorneys for Defendant
     PIER 1 IMPORTS (U.S.), INC.
13

DISABLED ADVOCACY GROUP,
APLC
Lynn Hubbard III (SBN 69773)
Scottlynn J. Hubbard IV (SBN 212970)
12 Williamsburg Lane
Chico, CA  95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff Byron Chapman

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17   BYRON CHAPMAN,                        Case No. 2:04-cv-01339-LKK-DAD

18              Plaintiff,                  **STIPULATION TO AMEND THE
                                            SCHEDULING ORDER TO
19        v.                                CONTINUE THE TRIAL, PRE-TRIAL
                                            CONFERENCE, PRE-TRIAL
20   PIER 1 IMPORTS (U.S.), INC.,           STATEMENTS DEADLINE, AND ALL
                                            ACCOMPANYING PRE-TRIAL
21              Defendant.                  DEADLINES; ORDER THEREON**

22

23

24

25

26

27

28

STIPULATION TO AMEND THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON
CASE NO. 2:04-CV-01339-LKK-DAD

1    Plaintiff Byron Chapman and Defendant Pier 1 Imports (U.S.) Inc., dba Pier 1 Imports

2  #1132 (the "Parties") enter into the following stipulation:

3    WHEREAS,  trial is currently set for December 4, 2012 at 10:30 a.m.;

4    WHEREAS,  a Pre-Trial Conference is set for September 4, 2012 at 1:30 p.m.;

5    WHEREAS, Joint Statements of Undisputed and Disputed Facts are due to be filed by

6  August 21, 2012;

7    WHEREAS, the Parties previously filed Pre-Trial Statements on or about June 4, 2012,

8  but have the option of filing new Pre-Trial Statements no later than, respectively, August 21,

9  2012 (Plaintiff) and August 28, 2012 (Defendant);

10    WHEREAS, on August 20, 2012, Defendant Pier 1 Imports (U.S.), Inc. substituted its

11  counsel in this matter and is now represented by a new law firm, Seyfarth Shaw, LLP

12  ("Seyfarth");

13    WHEREAS, Seyfarth was retained on August 17, 2012 and is awaiting receipt of the case

14  files from Defendant's prior counsel;

15    WHEREAS, this case, filed in 2004, has an extensive history with more than 200 docket

16  entries;

17    WHEREAS, the attorneys at Seyfarth need time to familiarize themselves with the case so

18  as to prepare for trial, to meet and confer with Plaintiff in an effort to narrow issues and facilitate

19  efficiency at trial, and/or explore the possibility of resolving this matter without a trial;

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

14769303v.2                                                    2

STIPULATION TO AMEND THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON
CASE NO. 2:04-0CV-01339-LKK-DAD

1    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

2  Parties that the trial, Pre-Trial Conference, Pre-Trial Statements Deadline and all pre-trial dates in

3  this matter be continued for at least sixty (60) days, or until a date more convenient to the Court.

4  Dated: August 21, 2012                              DISABLED ADVOCACY GROUP, APLC

5

6                                                      By: _____/s/_____
                                                           Scottlynn J. Hubbard IV
7                                                          Attorneys for Plaintiff
                                                           (original signature retained by attorney
8                                                          Eden Anderson)

9  Dated: August 21, 2012                              SEYFARTH SHAW LLP

10

11                                                     By: _____/s/_____
                                                           Eden Anderson
12

13                                      **ORDER**

14      IT IS HEREBY ORDERED that the Parties' Stipulation to Amend the Scheduling Order

15  to Continue the Trial, Pre-Trial Conference, Pre-Trial Statements Deadline, and all accompanying

16  Pre-Trial deadlines is **DENIED.**   Defendant has appealed the court's permanent injunction.

17  Accordingly, all pending dates are **VACATED** pending resolution of the appeal.

18  Dated:  August 28, 2012.

19

20

21  _____
    LAWRENCE K. KARLTON
22  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
23

24

25

26

27

28
    14769303v.2                            3

    STIPULATION TO AMEND THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON
    CASE NO. 2:04-0CV-01339-LKK-DAD