UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>PIER 1 IMPORTS (U.S.), INC,,<br><br>        Defendant. | No.  2:04-cv-01339 MCE AC<br><br>**JUDGMENT OF PERMANENT INJUNCTION** |

On July 23, 2012, the Court issued a Judgment of Permanent Injunction (ECF No. 213).  On March 5, 2015, the United States Court of Appeals for the Ninth Circuit issued an opinion that, inter alia, remanded the case to this Court for modification of the Permanent Injunction.  See Chapman v. Pier 1 Imports (U.S.) Inc., 779 F.3d 1001 (9th Cir. 2015).  Consistent with the Ninth Circuit's directive, the July 23, 2012 Permanent Injunction is hereby VACATED, and this Judgment of Permanent Injunction is issued in its stead.

///
///
///
///
///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Pier 1, its officers, agents, representative, employees, and all persons in active concert and participation with them are PERMANENTLY ENJOINED from blocking the aisles of its Vacaville store with merchandise or other obstacles, such that the clear path through the aisles is narrower than thirty-six (36) inches wide (or permitting such blockages), except for the unavoidable transitory blockages caused by re-stocking or similar activities.

IT IS SO ORDERED.

Dated:  June 30, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT