United States District Court

Eastern District Of California

| | |
|---|---|
| Byron Chapman,<br><br>    Plaintiff,<br><br>vs.<br><br>Pier 1 Imports (U.S.), Inc.,<br><br>    Defendant.<br>_____ | Case No. 2:04-cv-01339-MCE-AC<br><br>**Order on Joint Request to File under Seal Plaintiff's Motion for Attorneys' Fees and Supporting Declaration of Scott Hubbard** |

In accordance with the parties' Joint Request and good cause appearing,

IT IS HEREBY ORDERED that the parties' request to have plaintiff's motion for attorneys' fees, costs, and litigation expenses, together with the supporting declaration of Scott Hubbard, be filed and maintained under seal indefinitely is GRANTED.

IT IS SO ORDERED.

Dated: June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE