Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
Byron Chapman


Eden Anderson, SBN 233464
**Seyfarth Shaw, LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549


Attorney for Defendant
Pier 1 Imports (U.S.), Inc.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| Byron Chapman, | ) | Case No. 2:04-cv-01339-MCE-AC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **Stipulation to Continue Hearing on Plaintiff's Motion for Attorneys' Fees; Order Thereon** |
| Pier 1 Imports (U.S.), Inc., | ) | |
| Defendant. | ) | |

TO THE COURT AND ALL PARTIES: The parties to this action, Plaintiff Byron Chapman and Defendant Pier 1 Imports (U.S.), Inc., hereby request the hearing for Plaintiff's motion for attorneys' fees, costs and litigation expenses be continued by two (2) weeks, to August 25, 2016.

Dated: July 29, 2016        DISABLED ADVOCACY GROUP, APLC

 */s/ Scottlynn J Hubbard IV, Esq.*
SCOTTLYNN J HUBBARD IV, ESQ.
Attorney for Plaintiff
Robert Dodson

Dated: July 29, 2016        SEYFARTH SHAW, LLP

 */s/ Eden Anderson, Esq.*
EDEN ANDERSON, ESQ.
Attorney for Defendant
Pier 1 Imports (U.S.), Inc.

## **ORDER**

GOOD CAUSE APPEARING, the hearing on Plaintiff's motion for attorneys' fees, costs and litigation expenses is hereby continued to August 25, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: August 3, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE